**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6274**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CURTIS D. DAVIS,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Jerome B. Friedman, District Judge.  (CR-99-55)

———————

Submitted:  April 17, 2003          Decided:  April 24, 2003

———————

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Curtis D. Davis, Appellant Pro Se.  Timothy Richard Murphy, Special Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Curtis D. Davis appeals the district court's orders denying relief on his motion for amendment and correction of the pleadings and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Davis, No. CR-99-55 (E.D. Va. Oct. 10, 2002; Jan. 21, 2003). We decline to consider Davis's claim, asserted for the first time on appeal, that he was improperly sentenced under the Sentencing Guidelines.[*] See Holland v. Big River Minerals Corp., 181 F.3d 597, 605 (4th Cir. 1999) (issues not raised in district court will generally not be considered on appeal). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] U.S. Sentencing Guidelines Manual (2002).